Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–24313–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rajashekhar Surya Allam
   150 Fiat Ave
   Iselin, NJ 08830

Social Security No.:
   xxx–xx–2158

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/10/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 10, 2019
JAN: wir

                                                    Jeanne Naughton
                                                    Clerk

In re:                                                                                          Case No. 19-24313-MBK
Rajashekhar Surya Allam                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Oct 10, 2019
                          Form ID: 148        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
db          +Rajashekhar Surya Allam,    150 Fiat Ave,    Iselin, NJ 08830-1418
cr          +Fulton Bank, N.A., successor by name change to Ful,    1601 Market Street,    Suite 901,
              Philadelphia, PA 19103-2301
518367753    Deutsche Bank National Trust,    c/o Parker McCay PA,    9000 Midlantic Dr Ste 300,
              Mt Laurel, NJ 08054-1539
518486130   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518387190   +Eisenberg, Gold, & Agrawal, P.C.,    1040 North Kings Highway, Suite 200,
              Cherry Hill, NJ 08034-1925
518367754   +Fulton Bank of New Jersey,    c/o Eisenberg Gold & Agrawal PC,    1040 N Kings Hwy Ste 200,
              Cherry Hill, NJ 08034-1925
518386025   +Fulton Bank, N.A.,    1601 Market Street, Suite 901,    Philadelphia, PA 19103-2327
518367756   +Jeremy Esakoff,    Essakoff Jaggi and Patel LLC,    1065 Rt 22 W Ste B,
              Bridgewater, NJ 08807-2949
518367757   +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518367758   +Subash Allam,    870 Grove Ave,    Edison, NJ 08820-2203
518367759   +US Bank,    c/o Phillip Raymond,    McCalla Raymer Leibert Pierce, LLC,
              485F US Highway 1 S Ste 300,    Iselin, NJ 08830-3072
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 23:11:34     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 23:11:32     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518367755    EDI: IRS.COM Oct 11 2019 02:48:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518490984    E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2019 23:12:05
              U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518367752    ##+Avighna Global Solutions LLC,    1000 Woodbridge Ctr Dr #224,    Woodbridge, NJ 07095-1315
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Though Certificates, Series 2006-HE2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank, N.A., successor by name change to
               Fulton Bank of New Jersey dferguson@egclawfirm.com, ksantiago@egalawfirm.com,
               ebecker@egalawfirm.com
              Harrison Ross Byck    on behalf of Debtor Rajashekhar Surya Allam lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Though Certificates, Series 2006-HE2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC4 phillip.raymond@mccalla.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7