| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as Trustee<br>for Morgan Stanley Capital I Inc. Trust 2006-HE2,<br>Mortgage Pass-Though Certificates, Series 2006-HE2 | **Order Filed on October 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Rajashekhar Surya Allam,<br><br>Debtor. | Case No.: 19-24313 MBK<br>Adv. No.:<br>Hearing Date: 9/25/19 @ 10:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 15, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:        Rajashekhar Surya Allam
Case No.:      19-24313 MBK
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Though Certificates, Series 2006-HE2, holder of a mortgage on real property located at 150 Fiat Avenue, Iselin, New Jersey 08830, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Harrison Ross Byck, Esquire, attorney for Debtor, Rajashekhar Surya Allam, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 3) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve the right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-24313-MBK
Rajashekhar Surya Allam                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
db              +Rajashekhar Surya Allam,    150 Fiat Ave,    Iselin, NJ 08830-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Though Certificates, Series 2006-HE2
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. Ferguson    on behalf of Creditor    Fulton Bank, N.A., successor by name change to
               Fulton Bank of New Jersey dferguson@egclawfirm.com,    ksantiago@egalawfirm.com,
               ebecker@egalawfirm.com
              Harrison Ross Byck    on behalf of Debtor Rajashekhar Surya Allam lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Though Certificates, Series
               2006-HE2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.,  as servicer
               for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4,
               Mortgage Pass-Through Certificates, Series 2006-WMC4 phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7